IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                    Plaintiff,

v.

DANIELA H. LAWSON, individually and in
her capacity as natural guardian of K.D.L., a
minor, and K.L., a minor; K.D.L., a minor, and
K.L., a minor,

                    Defendants.

Civil Action No.: 3:19-cv-01882-JMC

**CONSENT ORDER**

      **THIS MATTER** is before the court pursuant to a Joint Motion to Discharge Plaintiff

(ECF No. 34) by Plaintiff The Prudential Insurance Company of America ("Prudential") and

Defendants Daniela H. Lawson ("Lawson"), K.D.L., and K.L., for entry of an Order (1)

granting Prudential interpleader relief with regard to certain life insurance proceeds in the

amount of $400,000.00 plus applicable claim interest ("Death Benefit") due as a consequence of

the death of Phillip D. Lawson, a servicemember who was covered under a group life insurance

policy bearing Group Policy No. G-32000 (the "Group Policy") issued by Prudential through the

Office of Servicemembers' Group Life Insurance to the Department of Veterans Affairs of the

United States, pursuant to the Servicemembers' Group Life Insurance statute, 38 U.S.C. § 1965;

(2) discharging Prudential from any further liability with regard to the Death Benefit and

Group Policy, and (3) dismissing Prudential from this action with prejudice, and the court

having appointed a guardian *ad litem* for minor Defendants, K.D.L., and K.L., and

Prudential having previously deposited the Death Benefit[1] into the court's Registry.

---

[1] Prudential deposited $403,081.49 (representing the death benefit of $400,000 and interest in the
amount of $3,081.49) into the court's Registry on June 17, 2020. (*See* ECF No. 33.)

1

Upon review, and for good cause shown, the court **GRANTS** the parties' Joint Motion to Discharge Plaintiff (ECF No. 34).  **NOW THEREFORE, IT IS ORDERED** as follows:

1.      Prudential shall be, and hereby is, discharged from any and all liability to Lawson, K.D.L., and K.L. relating to the Group Policy and/or the Death Benefit due thereunder, and Lawson, K.D.L., and K.L. are permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum against Prudential, arising out of or in connection relating to the Group Policy and/or the Death Benefit.

2.      All claims, rights, interests and actions that Lawson, K.D.L., and K.L. might otherwise have held against Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the Group Policy and/or the Death Benefit are hereby released.

3.      All claims against Prudential are hereby dismissed with prejudice and Prudential is hereby dismissed with prejudice from this litigation.

4.      This court retains jurisdiction over Lawson, K.D.L., and K.L. who are compelled to litigate, adjust and/or settle among each other their respective and lawful entitlement to the Death Benefit paid into the court's registry by Prudential, or upon their failure to do so, this court shall settle and adjust the claims and determine to whom the within total funds shall be paid.

**IT IS SO ORDERED.**

J. Michelle Childs

United States District Judge

June 24, 2020
Columbia, South Carolina

We hereby consent to the form and entry of the within Order:

*s/ Nashiba Boyd*
Regina H. Lewis, USDC ID No. 7553
rlewis@gaffneylewis.com
Nashiba Boyd, USDC ID No. 11408
nboyd@gaffneylewis.com
GAFFNEYLEWIS LLC
3700 Forest Dr., Suite 400
Columbia, SC 29204
(803) 790-8838
*Counsel for Plaintiff, The Prudential*
*Insurance Company of America*

*s/ Adam T. Silvernail*
Adam T. Silvernail, USDC ID No. 11024
adam@silvernaillawfirm.com
Law Office of Adam T. Silvernail, LLC
Post Office Box 7995
Columbia, SC 29202-7995
(803) 779-1770
*Counsel for Defendants, Daniela H. Lawson,*
*individually and in her capacity as natural*
*guardian of K.D.L., a minor, and K.L., a minor;*
*K.D.L., a minor, and K.L., a minor*

*s/ Olivia Jones*
Olivia Jones, USDC ID No. 10425
ojones@docila.org
South Carolina Legal Services
Post Office Box 1445
Columbia, SC 29201
(803) 402-3815
*Guardian ad litem for minor defendants, K.D.L. and K.L.*